*6:22- cv- 326- 4h~EJR* (handwritten)

# IN THE UNITED STATES MIDDLE DISTRICT COURT IN AND FOR THE STATE OF FLORIDA

**JEROME ELLINGTON**

      Complainant,

**Vs.**

**STATE OF FLORIDA, and**

**Craig Parnell Clendinen,**

      Et.al.,et.eaux.

<u>RE-FILING OF A, (42 USC, 1983, CIVIL RIGHTS COMPLAINT, ORIGINALLY FILED: (2007);</u>

<u>{With the Perceived, Leave by The Federal Court Magistrate to File again upn Release; Which</u>

<u>occurred, (8 September, 2021)} /MOTION TO PROCEED ALSO; AS A "WRIT OF 'CORUM NOBIS' TO</u>

<u>CLEAR AND EXONERATE FROM ALL CHARGES"</u> *& REQUEST FOR INdigENcY Status.* (handwritten)

      **COMES NOW,** The Complainant, **Elder, Dr. Jerome Ellington, Lt. Col., USAFR, (NARS)**, situated at; 539 Basie Place, Orlando, FL 32805, and further Alleges the Following in Augmentation of his, Original Filing of same, **{42 USC, 1983, CIVIL RIGHTS COMPLAINT, filed in (2007)},** to include the following **UP-DATES ONLY.** On Grounds Fairly Debatable, Asserts:  That in the aforementioned, Filed / Conformed (if necessary); 42 USC 1983; LAW SUIT, Filed by Complainant, ca. (2007), or here about.  Wherein was contained a Scathing Detailed Enumeration of Civil Righs, Atrocities Violative of the State and Federal Statutes.  Whereupon, the Premise of which is hereby Extended to Include the Additional Harm, of the Present Date.

## JURISDICTION

First of all, there is **"NO STATUTE OF LIMITATION"**, for a; **"VOID JUDGEMENT"**, a Void

Judgement, is so egregious that by the very premise of its existence, is self-evident to an Overt, **DENIAL**

**OF DUE PROCESS"**. By which, the Ruling / Verdict of which, has no Legal Standing. In the Instant Case at

Bar, there also exists **"FRAUD"**, by an Attorney, {Craig Parnell Clendinen, et.al.}, (Licensed and Barred in

The State of Florida, at the Time of the Unlawful Act), under the **"COLOR OF OFFICE"**, and perhaps also,

in their **"INDIVIDUAL CAPACITY"**, (to include but Not Limited to; Successors and Abettors, et.al..).

Furthermore, there is **"NO STATUTE OF LIMITATION"**, for a Licensed and Barred Florida, Attorney where

**"FRAUD"**, is involved. The Original Filing of this Complaint was in the Federal Court of the Middle

District of Florida, so it stands to reason that Federal Jurisdiction is **STATUS QUO"**.

**WHEREFORE,** in light of the Aforementioned an its Inherent Substantive Evidence at Bar.

Complainant, thus Prays the Court's Indulgence to Proceed with the Original Case Sub-Judice and any

and all Relative Points of Facts, as submitted to **"UP-DATE"**, as Evidence therein. No New Evidence is

Presented for Summary Review, (as it would relate to: <u>SCHEPP v. DELOE),</u> **"Newly Discovered**

**Evidence"**. Only Illucidative Facts of Pre-Existing Evidence is contained herein along with a

**"MEMORANDUM OF LAW"**, relative to the referenced **"STATUTE OF LIMITATIONS"**, for the Court's

convenience.

## ILLUCIDATIVE FACTS

(PLEASE SEE: Attachments, for Recapitulation of / The Original Facts in the (2007) Filed Case

at Bar.

## RELIEF SOUGHT

**WHEREAS,** The Complainant, Elder, Dr. Jerome Ellington, Lt. Col., USAFR, (NARS), Prays the

Court's Relief from the Harm associated with and because of, An Illegal – Prosecution / Incarceration,

and the Deleterious Effects the likes of which have ensued hence and **"CONTINUING".** As well as All

other Inclusive Articles of the Original Complaint to Extend the: Financial / Emotional / Physical /

Psychological Harm of the Original Complaint, which according to the Federal Magistrate included an

Opinion / Decision, of **"WELL PLEADED", FOR $13.9 BILLION DOLLARS IN (2007),** WITH THE CAVEAT

THAT: ("THE 42 USC, 1983, COULD NOT INCLUDE COMPLAINANT'S RELEASE"), and therefore, had to wait

for Complainant's Release, which did not happen until (8 September, 2021).  Thus, Complainant,

Requests the Court's Permission for the Financial Harm of $13.9 Billion Dollars, as Assessed by the

Federal Magistrate to be extended to the point of Release at the Cumulative Rate at Bar, which would

be over $41.7 Billion Dollars, and Complainant would further Request of the Court to Order an

Immediate Resolution of this matter in light of the time involved and the disastrous affect it has taken

upon Complainant.  Complainant, has been rendered impecunious and as such is currently Displaced &

Destitute without any means of support, especially with the overshadowing of the **"EXONERATED /**

**OVERTURNED" CHARGES."** (See Attachment # 1), etc.. Also, the Expungement of all: Arrest; Criminal

Records, et. Associated with this Wrongful Act.  Including an Injunction of State's Procrastination or

Prolonging this Culmination of Relieving Complainant's Harm.  And if necessary to Speed the Process

along, Appoint a Federal Attorney to Assist Complainant, as the Complainant is Indigent and living in the

home of his Sister's Living Room, and is in much need of help with this matter.  In the Event the Original

Filing of Complainant's (42 USC 1983, (2007)), Filing coms up Missing, Complainant would ask the Court

to: Appoint an Attorney / Accept Complainant's Enumerated Rendition and Assertion of Facts

(Attachment # 1, etc.), as a Conforming Replacement and Further Investigate the Absence of the Missing

Document.  Complainant Further Saith Naught.

## AUTHENTICATION

Pursuant to Florida Statute 92.525(2):  Under Penalties of Perjury, I Dr. Jerome
Ellington, Declare that the Foregoing Facts Stated Herein areTrue and Accurate to
the best of my knowledge.  This ___*17*^th___ Day of ___*DEC.*_____, 2021.

Elder, Dr. Jerome Ellington, Lt. Col.,

USAFR, (NARS), 539 Basie Place,

Orlando, FL  32805

Phone: (689) 710-34456

Email: jeromeellington92@gmail.com

FR# 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

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the above has been
furnished by regular mail to: **The Attorney General's Office of the State of Florida**
at; *135 W. Central Blvd. # 1000, Orlando, FL 32801 & U.S.*
*Fed. Court; 401 W. Central Blvd, Orlando, FL 32802.* On this
___*17*^th___ Day of, ___*DEC.*_____, 2021.

Elder, Dr. Jerome Ellington, Lt. Col.,

USAFR, (NARS),{ibid.}

4